

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      FedEx Freight, Inc. and David Forehand v. Jack Cargal and Andrew Cargal

Appellate case number:    01-22-00231-CV

Trial court case number:  2018-80520

Trial court:              334th District Court of Harris County

On November 16, 2022, appellants, FedEx Freight and David Forehand, filed an unopposed motion for leave to file an amended appellants' brief. We **grant** appellants' motion.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                    ☑ Acting individually    ☐ Acting for the Court

Date:  __November 22, 2022____